UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RAMONA BACINO AND                           CIVIL ACTION
ROBERT CHAMBERLAIN

VERSUS                                      NO: 06-7645

LOUISIANA INDEPENDENT                       SECTION: "J" (5)
INSURANCE AGENCIES INC.,
ET AL.

**ORDER**

Pursuant to 28 U.S.C. § 1367(c),

**IT IS ORDERED** that plaintiff's Motion to Remand (Doc. 2) is **GRANTED**; the above-captioned action is hereby **REMANDED** to the court from which it was removed.

New Orleans, Louisiana this the 10th day of January, 2007.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE